CAROLINE F. RUNDELL, as Administratrix of the Estate of ELIZA S. RUNDELL, Deceased, Respondent, *v.* JOHN P. SWARTWOUT, Appellant.

*Rundell* v. *Swartwout*, 78 App. Div. 628, affirmed.
(Argued October 27, 1903; decided November 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 8, 1902, affirming a juagment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*A. B. Steele* for appellant.

*George W. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.